NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS LANGSTON,<br><br>                Petitioner,<br><br>    vs.<br><br>RANDY GROUNDS, Warden,<br><br>                Respondent. | No. C 10-02770 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On June 24, 2010, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the clerk of the Court sent a notification to Petitioner that his petition was deficient because he did not file an In Forma Pauperis Application or pay the $5.00 filing fee. (Docket No. 2.) The Court notes that in a letter dated June 16, 2010, which accompanied the petition, Petitioner states that he will remit the five dollar filing fee "[u]pon receipt of a conformed copy of the enclosed petition." In the interest of justice, the Court will extend the time for Petitioner to either pay the full filing fee or file a complete In Forma Pauperis Application. Petitioner must do so **no later than thirty (30) days** from the date this order is filed**.**

Order Granting Extension of Time to Pay Fee or Ffile IFP App.
P:\PRO-SE\SJ.JF\HC.10\Langston02770_ifp-eot.wpd

**Failure to comply with the Court's order in a timely manner will result in the dismissal of the case without prejudice for failure to pay the filing fee.**

The clerk shall include two blank copies of the court's <u>In</u> <u>Forma</u> <u>Pauperis</u> Application with a copy of this order to Petitioner.

IT IS SO ORDERED.

DATED: 9/3/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS LANGSTON,

        Petitioner,

  v.

RANDY GROUNDS, Warden,

        Respondent.
                                 /

Case Number: CV10-02770 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/13/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francis Langston C25563
Correctional Training Facility-Central
P.O. Box 689
G/314L
Soledad, CA 93960-0689

Dated: 9/13/10

                                          Richard W. Wieking, Clerk